# United States District Court
# For The Western District of North Carolina
# Asheville Division

LORENZO KENYON MASON,

        Petitioner,                JUDGMENT IN A CIVIL CASE

vs.                                           Civil Case No. 1:11cv259
                                           [Criminal Case No. 1:08cr103]

UNITED STATES OF AMERICA,

        Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                                Signed: October 24, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court