# United States District Court
# For The Western District of North Carolina
# Asheville Division

LORENZO KENYON MASON,

        Petitioner,               JUDGMENT IN A CIVIL CASE

vs.                                      Civil Case No. 1:11cv259
                                      [Criminal Case No. 1:08cr103]

UNITED STATES OF AMERICA,

        Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                                Signed: October 24, 2011

*[Signature]*

Frank G. Johns, Clerk
United States District Court